### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **ISLAND SAINTS LLC, D/B/A BELLOWS INTERNATIONAL** ) ) ) | Case No. 3:24-cv-0051 |
| Plaintiff, ) ) | ACTION FOR TRADEMARK INFRINGEMENT, DECLARATORY |
| v. ) ) | JUDGMENT, TEMPORARY RESTRAINING ORDER AND |
| **CARDOW, INC.** ) ) | PRELIMINARY INJUNCTION |
| Defendant. ) ) | |

**ATTORNEYS:**

**CARL A. BECKSTEDT, III, ESQ.**
BECKSTEDT & KUCZYNSKI LLP
CHRISTIANSTED, U.S.V.I.
  *For Plaintiff Island Saints, LLC d/b/a* Bellows International,

**KANAAN LE'ROY WHILHITE, ESQ.**
**THORON COREY HODGE, ESQ.**
MOORE, DODSON, RUSSELL, & WILHITE, P.C.
ST. THOMAS, U.S.V.I.
  *For Defendant Cardow, Inc.*

### ORDER

**BEFORE THE COURT** is the Island Saints LLC, D/B/A Bellows International ("Bellows") Motion for Preliminary Injunction, ECF No. 2. For the reasons set forth in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Bellow's motion for preliminary injunction, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that until such time as this matter may be adjudicated on the merits, Cardow, Inc. and its agents **SHALL BE ENJOINED, PROHIBITED and PRECLUDED** from

*Island Saints, LLC v. Cardow, Inc.*
Case No. 3:24-cv-0051
Order
Pager 2 of 2

using in any manner the mark "MAGENS BAY RUM" or any colorable imitation of the mark as a trade name, trademark, service mark, or domain name; or taking any action likely to cause confusion among consumer, customers, or the public in general with respect to the source of products and services offered for sale, distributed, or sold by Cardow, Inc. or with regard to there being a connection between Cardow, Inc. and Bellows International; and it is further

**ORDERED** that until such time as this matter may be adjudicated on the merits, Cardow, Inc. and its agents are **ENJOINED, PROHIBITED and PRECLUDED** from selling, distributing, or manufacturing any products in the U.S. Virgin Islands under the name "Magens Bay Rum"; and it is further

**ORDERED** that this Order **SHALL** remain in effect until the resolution of the merits of the case.

**Date:** November 26, 2024                    */s/ Robert A. Molloy*
                                               **ROBERT A. MOLLOY**
                                               **Chief Judge**